FILED
SUPERIOR COURT
OF GUAM

2022 JUN -6 PM 4: 56

CLERK OF COURT

By:

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| PEOPLE OF GUAM,<br><br>Plaintiff,<br><br>vs.<br><br>JAVIER JAMES LIZAMA,<br><br>Defendant. | Case No. CM0388-21<br><br>**DECISION AND ORDER**<br>**(Finding Defendant Competent to Stand Trial)** |

## INTRODUCTION

This matter came before the Honorable Alberto E. Tolentino on May 17, 2022, for a Competency Hearing. Assistant Public Defender Gloria Rudolph appeared for Javier James Lizama ("Defendant"). Assistant Attorney General Katherine Nepton appeared for the People of Guam ("People"). Having considered the Defendant's Forensic Evaluation, the parties' oral arguments, and the applicable law, the Court now issues the following Decision and Order and **finds Defendant competent to stand trial.**

## BACKGROUND

On October 7, 2021, Defendant was arrested and charged with the following: (1) Assault (As a Misdemeanor) and Criminal Trespass (As a Misdemeanor). Mag. Complaint, Oct. 7, 2021. Police records indicate Defendant entered a residence without permission and struggled with one of its occupants. *Id.* On March 15, 2022, Defendant requested a Forensic Evaluation. Minute Entry, Mar. 15, 2022. The Court ordered Defendant undergo a forensic

evaluation. Order After Hearing Re: Forensic Evaluation, Apr. 7, 2022. On April 27, 2022, Defendant underwent his forensic evaluation with Dr. Juan Rapadas, an expert clinical psychologist at the Client Services and Family Counseling Division of the Superior Court of Guam ("CSFC"). Forensic Evaluation at 2, May 2, 2022. The Court held a hearing on May 17, 2022, to determine Defendant's competency to stand trial. After hearing the arguments of the parties, the Court found Defendant competent to stand trial.

## DISCUSSION

"A defendant is incompetent to be proceeded against in a criminal action if, as a result of mental illness . . . he is unable (1) to understand the nature of the proceedings, (2) to assist and cooperate with counsel, (3) to follow the evidence, or (4) to participate in his defense." 9 GCA § 7.37(a)(1)–(4).

Dr. Rapadas stated in his forensic evaluation "[t]aken all data in total, it is my opinion that Mr. Lizama is currently competent to be proceeded against and to be sentenced." Forensic Evaluation at 6. Dr. Rapadas further stated "[c]urrently, Mr. Lizama does not appear to be suffering from any severe, acute or chronic psychiatric, psychological, cognitive, or substance abuse disorders that would suggest that at the time of the alleged criminal incidents he lacked substantial capacity." Id. Defendant agrees with Dr. Rapadas's statements and does not contest his findings. Digital Recording at 3:11:20 (Mot. H'rg. May 17, 2022). Accordingly, the Court finds Defendant competent to stand trial.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

For the above reasons, the Court makes the following findings of fact and conclusions of law:

- Defendant does possess the mental competency "(1) to understand the nature of the proceedings, (2) to assist and cooperate with counsel, (3) to follow the evidence, or (4) to participate in his defense." 9 GCA § 7.37(a)(1)–(4).
- Defendant is currently competent to stand trial.
- Defendant can make any diminished capacity defense he may have at trial.

SO ORDERED, this _____ day of __JUN 0 6 2022__, 2022.



HONORABLE ALBERTO E. TOLENTINO
Judge, Superior Court of Guam